### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**THE CITY OF BILOXI, MISSISSIPPI**                                   **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO. 1:11cv33-HSO-JMR**

**HUONG VAN LE AND**
**THE PEOPLES BANK**                                              **DEFENDANTS**

### FINAL JUDGMENT DISSOLVING PERMANENT INJUNCTION

**THIS MATTER** is before the Court to be heard on the City of Biloxi's Complaint Seeking Dissolution of Permanent Injunction which was filed on or about January 25, 2011. Defendants Huong Van Le and The Peoples Bank each filed an Entry of Appearance and Waiver of Process whereby each consented to the relief requested in the City of Biloxi's Complaint Seeking Dissolution of Permanent Injunction. The Court finds that the Complaint is well taken and the relief requested shall be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the Judgment entered by this Court on May 24, 1985 (a copy of which is attached hereto as Exhibit "A"), which granted the City of Biloxi a permanent injunction enjoining the owner of the subject property to comply with all applicable provisions of COB's Zoning Ordinance; to provide 208 paved, non-paid, non-commercial parking spaces on the site; and to use and develop the entirety of the property for the purpose of providing a federal building and court facility, be **DISSOLVED** since the subject property is no longer used for the purpose of a federal courthouse and the injunction in place is no longer necessary.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this cause of action should be and hereby is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 28th day of January, 2011.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE